**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-80967-CIV-DIMITROULEAS**

COURTNEY LYNNE WALTER
a/k/a COURTNEY LYNNE RUIZ &
JORGE ELIECER RUIZ ECHENAGUCIA,

*Plaintiffs*,

v.

TODD BLANCE, Attorney General of the United States,
JOSEPH B. EDLOW, Director of U.S. Citizenship & Immigration Services (USCIS), MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security (DHS), CARRIE M. SELBY, USCIS Associate Director for the Service Center Operations Directorate, and any successors in office, /

*Defendants*.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal without Prejudice, DE [6] ("Notice"), filed on September 22, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice **DE [6]**, is **APPROVED;**
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**
3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as moot.
4. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on 23rd day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to: Counsel of Record